UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                          :

CEDRIC BISHOP, *on behalf of himself and all* :
*other persons similarly situated*,           :

                             Plaintiff,    :          24-CV-7225 (VSB)

                   -against-          :          **ORDER**

MARS HILL UNIVERSITY,          :

                           Defendant.  X
-----------------------------------------------------------

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within 45 days.

SO ORDERED.

Dated:  March 6, 2025
         New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge